```
                     UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION

KENNETH W. TRIPP,

                 Plaintiff,

vs                                    Case No.   2:04-cv-565-FtM-29SPC

JO ANNE BARNHART, Commissioner of
Social Security,

                 Defendant.
_____/
```

**ORDER**

This matter is before the Court on consideration of the magistrate judge's Report and Recommendation (Doc. # 31), filed January 6, 2006, recommending that Plaintiff Kenneth W. Tripp's Unopposed Motion for Attorneys Fees and Costs (Doc. # 29) be GRANTED.  The magistrate has recommended that Plaintiff be awarded $727.86 in attorney fees payable to Attorney Carol Avard and $3,064.32 in attorney fees payable to Attorney Sandra Bohr, for a total of $3,792.18 in attorney fees.  In addition, the magistrate has further recommended that Plaintiff be awarded $150.00 in filing fee costs, for a total award of fees and costs of $3,942.18.  There has been no objection to the magistrate's Report and Recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982),

cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Report and Recommendation (Doc. # 31) is hereby **ACCEPTED** and **ADOPTED.**

2. Plaintiff is awarded $727.86 in attorney fees payable to Attorney Carol Avard and $3,064.32 in attorney fees payable to Attorney Sandra Bohr, for a total of $3,792.18 in attorney fees. Plaintiff is also awarded $150.00 in

2

filing fee costs, for a total award of fees and costs of **$3,942.18**.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this <u>24th</u> day of January, 2006.

<u>_/s/ Virginia M. Hernandez Covington_</u>
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record